**United States District Court**
**Violation Notice**

CVB Location Code: KS-6

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| N 0467842 | ROSENBLATT | R-3388 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | CFR | USC | State Code |
|---|---|---|---|---|
| 18 June 2014 1:35 PM | TITLE 18 SECTION 1382 | | X | |

Place of Offense: NAVAL BASE CORONADO

Offense Description: TRESPASSING
Entering Military, Navy or Coast Guard Property

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| CLARK | Robert | M |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**

Court Address: 940 FRONT ST, SAN DIEGO CA 92101
Date: 18/Jun/2014
Time: 1:38 PM

X Defendant Signature: Robert M Clark

Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 18 Jun, 20 14 while exercising my duties as a law enforcement officer in the Southern District of California

ON 18 JUNE 2014, MR CLARK WAS BROUGHT INTO BLDG. 2001, POLICE BUSINESS OFFICE FOR BEING REPORTED AS HOMELESS FROM THE BASE COMMANDING OFFICER, CAPT SUND. MR CLARK WAS OBSERVED LYING ON A BENCH AT CREWS PARK, NAVAL BASE CORONADO; THE CO STOPPED AND QUESTIONED MR. CLARK, THE CO ORDERED A CITATION FOR TRESPASSING BE ISSUED TO MR. CLARK WHO IS A RETIRED ARMY E-6 STAFF SERGEANT.

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/18/2014   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge